UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**JENKINS & CLAYMAN**
Eric J Clayman, Esquire
412 White Horse Pike
Audubon, NJ 08106
(856) 546-9696
Attorneys for the Debtor

In Re:

Frank and Melissa Pedrick
Debtor

Case No: 15-12358

Chapter: 13

Judge: ABA

Order Filed on October 18, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: October 18, 2016**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised it is:

ORDERED that _____Jenkins & Clayman_____, the applicant is allowed a fee of $__500.00_____ for services rendered and expenses in the amount of $__16.59_____ for a total of $___516.59_____. The allowance shall be payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____596.00_____ per month for _____41_____ months to allow for payment of the foresaid fee.