UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**JENKINS & CLAYMAN**
Eric J Clayman, Esquire
412 White Horse Pike
Audubon, NJ 08106
(856) 546-9696
Attorneys for the Debtor



**Order Filed on October 18, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

    Frank and Melissa Pedrick
           Debtor

Case No:   15-12358

Chapter:   13

Judge:   ABA

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: October 18, 2016**

_/s/ Andrew B. Altenburg, Jr._
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised it is:

ORDERED that _____Jenkins & Clayman_____, the applicant is allowed a fee of $__500.00_____ for services rendered and expenses in the amount of $__16.59_____ for a total of $___516.59_____. The allowance shall be payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $____596.00_____ per month for _____41_____ months to allow for payment of the foresaid fee.

Case 15-12358-ABA Doc 47-2 Filed 10/20/16 Entered 10/20/16 00:36:28 Desc Imaged
Proposed Order    Page 2 of 2

United States Bankruptcy Court
District of New Jersey

In re:  
Frank J. Pedrick, III  
Melissa M. Pedrick  
    Debtors

Case No. 15-12358-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Oct 18, 2016  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2016.  
db/jdb        +Frank J. Pedrick, III,    Melissa M. Pedrick,    120 Smith Lane,    Runnemede, NJ 08078-1342

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2016            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2016 at the address(es) listed below:  
       Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Eric   Clayman    on behalf of Debtor Frank J. Pedrick, III jenkins.clayman@verizon.net  
       Eric   Clayman    on behalf of Joint Debtor Melissa M. Pedrick jenkins.clayman@verizon.net  
       Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
       Jeffrey E. Jenkins    on behalf of Joint Debtor Melissa M. Pedrick jenkins.clayman@verizon.net, jenkins.clayman@verizon.net  
       Jeffrey E. Jenkins    on behalf of Debtor Frank J. Pedrick, III jenkins.clayman@verizon.net, jenkins.clayman@verizon.net  
       Joshua I. Goldman    on behalf of Creditor    MIDFIRST BANK jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Stephanie F. Ritigstein    on behalf of Debtor Frank J. Pedrick, III jenkins.clayman@verizon.net  
       Stephanie F. Ritigstein    on behalf of Joint Debtor Melissa M. Pedrick jenkins.clayman@verizon.net  
       TOTAL: 11