**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:

Frank and Melissa Pedrick, III

Case No.: 15-12358

Hearing Date: _____

Chapter: 13

Judge: ABA

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable Andrew B. Altenburg Jr., United States Bankruptcy Judge.

**Reason for Hearing:** Objection to Creditor's Certification of Default

**Location of Hearing:** Courtroom No. 4B
US Bankruptcy Court
400 Cooper Street
Camden, NJ 08101

**Date and Time:** 5/1/2018 at 10:00AM, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**   ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: April 9, 2018

JEANNE A. NAUGHTON, Clerk

By: /s/ Kathleen V. Ryan
Deputy Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on April 9, 20 18 this notice was served on the following:

Debtor(s)
Debtor(s) Attorney, if any
Creditors Attorney
Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/ Kathleen V. Ryan
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Frank J. Pedrick, III  
Melissa M. Pedrick  
    Debtors

Case No. 15-12358-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Apr 09, 2018  
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2018.  
db/jdb            +Frank J. Pedrick, III,    Melissa M. Pedrick,    120 Smith Lane,    Runnemede, NJ 08078-1342

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2018 at the address(es) listed below:  
      Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Eric   Clayman    on behalf of Debtor Frank J. Pedrick, III jenkins.clayman@verizon.net  
      Eric   Clayman    on behalf of Joint Debtor Melissa M. Pedrick jenkins.clayman@verizon.net  
      Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
      Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
      Jeffrey E. Jenkins    on behalf of Joint Debtor Melissa M. Pedrick jenkins.clayman@verizon.net, jenkins.clayman@verizon.net  
      Jeffrey E. Jenkins    on behalf of Debtor Frank J. Pedrick, III jenkins.clayman@verizon.net, jenkins.clayman@verizon.net  
      Joshua I. Goldman    on behalf of Creditor    MIDFIRST BANK jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Stephanie F. Ritigstein    on behalf of Debtor Frank J. Pedrick, III jenkins.clayman@verizon.net  
      Stephanie F. Ritigstein    on behalf of Joint Debtor Melissa M. Pedrick jenkins.clayman@verizon.net  
                                                                                                TOTAL: 11