UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Eric J Clayman
Attorney for debtor
412 White Horse Pike
Audubon, NJ 08106

In Re:

Frank and Melissa Pedrick

**Order Filed on May 7, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 15-12358

Chapter: 13

Judge: ABA

**ORDER AUTHORIZING RETENTION OF**

Joseph J. Hoffman, Esquire

The relief set forth on the following page is **ORDERED**.

**DATED: May 7, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____Joseph J. Hoffman, Esquire_____

as _____Attorney for debtor in posession_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: 25-35 Hunter Street
   Woodbury, NJ 08096

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2