| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **JENKINS & CLAYMAN**<br>Eric J Clayman<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856)546-9696<br>Attorney for Debtor |
| In Re:<br><br>      Frank and Melissa Pedrick<br>               Debtor |

**Order Filed on May 8, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 15-12358 ABA

Adv. No.:

Hearing Date:   May 8, 2018 at 10:00 a.m.

Judge:  Altenburg

# ORDER TO APPROVE DISBURSEMENTS FROM PERSONAL INJURY ACTION

The relief set forth on the following page, number two (2), is hereby **ORDERED.**

**DATED: May 8, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having come before the court upon the motion of Jenkins & Clayman, attorneys for the debtor and service of this motion having been made upon all interested parties, and further, debtors counsel having filed a Notice of Settlement of Controversy, and for good cause have been shown, it is:

**ORDERED** and **ADJUDGED** that the following disbursements are hereby allowed:

1. Gross Settlement: $15,000.00

    Less Costs:
    Signature Information Solutions, LLC
    Child Support Search (mandatory): $10.00
    DM Medical (EMS Report): $12.00
    MRO (Inspira Medical Records): $43.24

    Net Recovery to Client: $14,934.76

    Less Attorney's Fee (1/3 of Net Recovery): $4,978.25

    Net Recovery to Client: $9,956.51

    Less Outstanding Medical Bills and/or Health Insurance Lien:
    Optum for United Healthcare: $6,243.64 (reduced from $9,331.51)
    Inspira Medical Center (health insurance copay): $150.00
    Advanced Orthopaedic Centers: $3,212.00 (reduced from $5,060.00)

    Net Recovery to Client: $350.87

2. Jenkins & Clayman's fee in the amount of $800.00, for filing this motion, the Notice of Settlement of Controversy, and appointing special counsel is hereby approved.