UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Eric J Clayman
Attorney for debtor
412 White Horse Pike
Audubon, NJ 08106

**Order Filed on May 7, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Frank and Melissa Pedrick

| | |
|---|---|
| Case No.: | 15-12358 |
| Chapter: | 13 |
| Judge: | ABA |

## ORDER AUTHORIZING RETENTION OF

_____Joseph J. Hoffman, Esquire_____

The relief set forth on the following page is **ORDERED**.

**DATED: May 7, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____Joseph J. Hoffman, Esquire_____

as _____Attorney for debtor in posession_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: 25-35 Hunter Street
   Woodbury, NJ 08096

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Frank J. Pedrick, III
Melissa M. Pedrick
    Debtors

Case No. 15-12358-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin        Page 1 of 1        Date Rcvd: May 07, 2018
                       Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2018.
db/jdb       +Frank J. Pedrick, III,   Melissa M. Pedrick,   120 Smith Lane,   Runnemede, NJ 08078-1342
aty          +Joseph J. Hoffman, Jr.,   Hoffman, DiMuzio & Hoffman,   25-35 Hunter St.,   PO Box 7,
            Woodbury, NJ 08096-7007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2018        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2018 at the address(es) listed below:
        Denise E. Carlon   on behalf of Creditor   MIDFIRST BANK dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Eric  Clayman   on behalf of Debtor Frank J. Pedrick, III jenkins.clayman@verizon.net
        Eric  Clayman   on behalf of Joint Debtor Melissa M. Pedrick jenkins.clayman@verizon.net
        Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com
        Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
         summarymail@standingtrustee.com
        Isabel C. Balboa (NA)   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
        Jeffrey E. Jenkins   on behalf of Joint Debtor Melissa M. Pedrick jenkins.clayman@verizon.net,
         jenkins.clayman@verizon.net
        Jeffrey E. Jenkins   on behalf of Debtor Frank J. Pedrick, III jenkins.clayman@verizon.net,
         jenkins.clayman@verizon.net
        Joshua I. Goldman   on behalf of Creditor   MIDFIRST BANK jgoldman@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Stephanie F. Ritigstein   on behalf of Joint Debtor Melissa M. Pedrick jenkins.clayman@verizon.net
        Stephanie F. Ritigstein   on behalf of Debtor Frank J. Pedrick, III jenkins.clayman@verizon.net
        TOTAL: 11