| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **JENKINS & CLAYMAN**<br>Eric J Clayman<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856)546-9696<br>Attorney for Debtor | |

**Order Filed on May 8, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | |
|---|---|
| Frank and Melissa Pedrick<br>Debtor | |

Case No.: 15-12358 ABA

Adv. No.:

Hearing Date: May 8, 2018 at 10:00 a.m.

Judge: Altenburg

### ORDER TO APPROVE DISBURSEMENTS FROM PERSONAL INJURY ACTION

The relief set forth on the following page, number two (2), is hereby **ORDERED.**

**DATED: May 8, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having come before the court upon the motion of Jenkins & Clayman, attorneys for the debtor and service of this motion having been made upon all interested parties, and further, debtors counsel having filed a Notice of Settlement of Controversy, and for good cause have been shown, it is:

**ORDERED** and **ADJUDGED** that the following disbursements are hereby allowed:

1. Gross Settlement: $15,000.00

   Less Costs:
   Signature Information Solutions, LLC
   Child Support Search (mandatory): $10.00
   DM Medical (EMS Report): $12.00
   MRO (Inspira Medical Records): $43.24

   Net Recovery to Client: $14, 934.76

   Less Attorney's Fee (1/3 of Net Recovery): $4,978.25

   Net Recovery to Client: $9,956.51

   Less Outstanding Medical Bills and/or Health Insurance Lien:
   Optum for United Healthcare: $6, 243.64 (reduced from $9,331.51)
   Inspira Medical Center (health insurance copay): $150.00
   Advanced Orthopaedic Centers: $3,212.00 (reduced from $5,060.00)

   Net Recovery to Client: $350.87

2. Jenkins & Clayman's fee in the amount of $800.00, for filing this motion, the Notice of Settlement of Controversy, and appointing special counsel is hereby approved.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 15-12358-ABA
Frank J. Pedrick, III                                                 Chapter 13
Melissa M. Pedrick
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1              Date Rcvd: May 08, 2018
                               Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2018.
db/jdb         +Frank J. Pedrick, III,    Melissa M. Pedrick,    120 Smith Lane,    Runnemede, NJ 08078-1342
aty            +Joseph J. Hoffman, Jr.,   Hoffman, DiMuzio & Hoffman,    25-35 Hunter St.,   PO Box 7,
                Woodbury, NJ 08096-7007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric   Clayman    on behalf of Debtor Frank J. Pedrick, III jenkins.clayman@verizon.net
              Eric   Clayman    on behalf of Joint Debtor Melissa M. Pedrick jenkins.clayman@verizon.net
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Jeffrey E. Jenkins    on behalf of Joint Debtor Melissa M. Pedrick jenkins.clayman@verizon.net,
               jenkins.clayman@verizon.net
              Jeffrey E. Jenkins    on behalf of Debtor Frank J. Pedrick, III jenkins.clayman@verizon.net,
               jenkins.clayman@verizon.net
              Joshua I. Goldman    on behalf of Creditor    MIDFIRST BANK jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Stephanie F. Ritigstein    on behalf of Joint Debtor Melissa M. Pedrick jenkins.clayman@verizon.net
              Stephanie F. Ritigstein    on behalf of Debtor Frank J. Pedrick, III jenkins.clayman@verizon.net
                                                                                             TOTAL: 11