Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.: 15−12358−ABA
                        Chapter: 13
                        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Frank J. Pedrick III                      Melissa M. Pedrick
   120 Smith Lane                        aka Melissa M. Hoy
   Runnemede, NJ 08078           120 Smith Lane
                                          Runnemede, NJ 08078

Social Security No.:
   xxx−xx−4453                             xxx−xx−1629

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:     8/9/18
Time:    02:00 PM
Location:   Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Eric Clayman, Debtor's Attorney, period: 5/1/2018 to 5/8/2018

COMMISSION OR FEES
Fees: $1000.00

EXPENSES
$29.21

Creditors may be heard before the applications are determined.

     In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: July 10, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 15-12358-ABA
Frank J. Pedrick, III                                           Chapter 13
Melissa M. Pedrick
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 3          Date Rcvd: Jul 10, 2018
                              Form ID: 137             Total Noticed: 70

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2018.
```
db/jdb         +Frank J. Pedrick, III,    Melissa M. Pedrick,    120 Smith Lane,    Runnemede, NJ 08078-1342
aty            +Joseph J. Hoffman, Jr.,    Hoffman, DiMuzio & Hoffman,    25-35 Hunter St.,    PO Box 7,
                 Woodbury, NJ 08096-7007
515345884     ++AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court:   AmeriCredit Financial Services, Inc.,    P O Box 183853,
                 Arlington, TX 76096)
515323337     ++AVEE LABORATORIES,    PO BOX 654088,    DALLAS TX 75265-4088
               (address filed with court:   Avee Laboratories Inc,    PO Box 123132 Dept 3132,
                 Dallas, TX 75312-3132)
515323335      Advanced Surgical Institute,    PO Box 95000-3420,    Philadelphia, PA 19195-0001
515356928     +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
515323338      Banfield Pet Hospital,    c/o IC Systems Inc,    444 Highway 96E,    Saint Paul, MN 55127-2557
515330355     +Borough of Bellmawr,    PO Box 1016,    Voorhees NJ 08043-7016
515330356     +Borough of Runnemede Sewer Utility,    24 North Black Horse Pike,    Runnemede NJ 08078-1663
515576198     +CAMDEN COUNTY MUA,    1645 FERRY AVENUE,    CAMDEN, NJ 08104-1311
515323342     +CCMUA,    PO Box 1105,    Bellmawr, NJ 08099-5105
515323343      CHOP Hospital Services,    c/o Frost Arnett Company,    PO Box 198988,    Nashville, TN 37219-8988
515494771     +Cavalry SPV I, LLC,    Assignee of Capital One Bank (USA), N.A.,    Bass & Associates, P.C.,
                 3936 E Ft. Lowell Road Suite #200,    Tucson, AZ 85712-1083
515323344     +Comcast Cherry Hill NJ,    c/o Eastern Accounts System,    75 Glen Road, Ste. 110,
                 Sandy Hook, CT 06482-1170
515323345      Commonwealth Financeal Systems,    245 Main Street,    Dickson City, PA 18519-1641
515323346      Continental Finance/Discover,    c/o Vital Recovery Services Inc,    PO Box 923747,
                 Peachtree Cors, GA 30010-3747
515323348      First Premier,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
515323349     +First Premier Bank,    601 S. Minnesota Ave.,    Sioux Falls, SD 57104-4868
515323350     +Friends Hospital,    4641 Roosevelt Blvd,    Philadelphia, PA 19124-2398
515323351     +GM Financial,    PO Box181145,    Arlington, TX 76096-1145
515323355     +Inspira Medical Center Woodbury,    c/o Financial Recoveries,    200 E Park Drive Ste 100,
                 Mount Laurel, NJ 08054-1297
515323356     +Kennedy Health,    c/o Financial Recoveries,    200 E Park Drive Ste 100,
                 Mount Laurel, NJ 08054-1297
515323357     +Kennedy Health System,    PO Box 48023,    Newark, NJ 07101-4823
515323360     +LGBS, LLP,    Client #DESTDOT1,    PO Box 702118,    San Antonio, TX 78270-2118
515323358      Laboratory Corporation of America,    PO Box 2240,    Burlington, NC 27216-2240
515323362      Lourdes Medical Associates,    PO Box 824626,    Philadelphia, PA 19182-4626
515558260     +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
515323365      Midland Mortgage,    PO Box 268959,    Oklahoma City, OK 73126-8959
515323366     +Nation Auto Sales,    123 Delsea Drive S,    Glassboro, NJ 08028-2604
515323367      New Jersey Dept of Labor & Workforce Dev,    PO Box 951,    Trenton, NJ 08625-0951
515323369     +Our Lady of Lourdes Med Center,    1600 Haddon AVenue,    Camden, NJ 08103-3117
515323370      Our Lady of Lourdes Medical Center,    PO Box 822099,    Philadelphia, PA 19182-2099
515326805     +PSE&G,    PO Box 14444,    New Brunswick NJ 08906-4444
515323372     +Preferred Credit, Inc.,    PO Box 1970,    Saint Cloud, MN 56302-1970
515323373     +Quality Asset Recovery,    7 Foster Avenue,    Gibbsboro, NJ 08026-1191
515332628     +RUNNEMEDE SEWER UTILITY,    24 NORTH BLACK HORSE PIKE,    RUNNEMEDE, NJ 08078-1663
515326806      South Jersey Gas,    Attn: Mrs. Flemming,    PO Box,    Hammonton NJ 08037
515323377      South Jersey Radiology Associates,    PO Box 1710,    Voorhees, NJ 08043-7710
515323378     #South Jersey Spine & Pain Physicians LLC,    PO Box 824091,    Philadelphia, PA 19182-4091
515534961     +South Jersey Spine and Pain,    310 Egg Harbor Road,    Sewell, NJ 08080-1854
515323379      State of New Jersey Department of Labor,    PO Box 951,    Trenton, NJ 08625-0951
515323380      Sterling Medical Services LLC,    PO Box 827951,    Philadelphia, PA 19182-7951
515345242     +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 10 2018 23:31:05      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 10 2018 23:31:01      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515323336       E-mail/Text: bnc-applied@quantum3group.com Jul 10 2018 23:31:23      Applied Bank,
                 PO Box 10210,    Wilmington, DE 19850
515339905       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 10 2018 23:46:49
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK 73126-8941
515323339       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 10 2018 23:34:59      Capital One,
                 PO Box 71083,    Charlotte, NC 28272-1083
515323340      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jul 10 2018 23:36:11
                 Capital One Auto Finance,    3905 Dallas Parkway,    Dallas, TX 75093-7892
```

```
District/off: 0312-1          User: admin              Page 2 of 3                   Date Rcvd: Jul 10, 2018
                              Form ID: 137             Total Noticed: 70

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515401746      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 10 2018 23:46:35
                 Capital One Auto Finance c/o AIS,    Portfolio Services, LP f/k/a AIS Data,
                 Services d/b/a Ascension Capital Group,    4515 N. Santa Fe Ave Dept APS,
                 Oklahoma City, OK 73118-7901
515330965      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 10 2018 23:46:33
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 201347,
                 Arlington, TX 76006-1347
515323341       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 10 2018 23:36:07     Capital One Bank,
                 PO Box 70884,   Charlotte, NC 28272-0884
515402349      +E-mail/Text: bankruptcy@cavps.com Jul 10 2018 23:31:21     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
515323347      +E-mail/Text: bankruptcynotices@dcicollect.com Jul 10 2018 23:31:39      Diversified,
                 PO Box 551268,   Jacksonville, FL 32255-1268
515323353       E-mail/Text: cms-bk@cms-collect.com Jul 10 2018 23:30:25     HSBC Card,
                 c/o Capital Management Services LP,    698 1/2 South Ogden Street,   Buffalo, NY 14206-2317
515323354      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 10 2018 23:59:38
                 HSBC Card Services,    c/o Portfolio Recovery Associates LLC,   PO Box 12914,
                 Norfolk, VA 23541-0914
515323352       E-mail/Text: mmrgbk@miramedrg.com Jul 10 2018 23:31:07
                 Health Care Financial Services of Team,    c/o MiraMed Revenue Group,   Dept 77304,
                 PO Box 77304,   Detroit, MI 48277-0304
515323359      +E-mail/Text: bankruptcy@affglo.com Jul 10 2018 23:31:07     Leading Edge Recovery Solutions LLC,
                 5440 N Cumberland Ave Ste 300,    Chicago, IL 60656-1486
515323361      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 10 2018 23:31:54      Liberty Mutual,
                 c/o Credit Collections Service,    PO Box 9134,   Needham, MA 02494-9134
515323363       E-mail/Text: bankruptcydpt@mcmcg.com Jul 10 2018 23:31:00     Midland Credit Management,
                 8875 Aero Drive , Ste. 200,    San Diego, CA 92123-2255
515323364       E-mail/Text: bankruptcydpt@mcmcg.com Jul 10 2018 23:31:00     Midland Funding LLC,
                 8875 Aero Drive  Ste 200,    San Diego, CA 92123-2255
515323368       E-mail/Text: bkrpt@retrievalmasters.com Jul 10 2018 23:31:00     New Jersey EZ Pass,   c/o RMCB,
                 PO Box 1235,   Elmsford, NY 10523-0935
515323371       E-mail/Text: bk@rgsfinancial.com Jul 10 2018 23:29:52     Preferred Credit Inc,
                 c/o RGS Financial Inc,   PO Box 852039,    Richardson, TX 75085-2039
515553836      +E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 10 2018 23:31:18      Premier Bankcard, Llc.,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,   Saint Cloud Mn 56302-7999
515323374      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 10 2018 23:31:54      Quest Diagnostics,
                 c/o Credit Collection Services,    Two Wells Ave,   Newton, MA 02459-3225
515323375      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 10 2018 23:31:00     Salute Visa Gold,
                 c/o Midland Funding,   8875 Aero Drive  Ste 200,    San Diego, CA 92123-2255
515323376       E-mail/Text: jsanders@cksfin.com Jul 10 2018 23:30:55     Service Credit Union,
                 c/o CKS Financial,   PO Box 2856,    Chesapeake, VA 23327-2856
515323381      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 10 2018 23:31:00     T Mobile,
                 c/o Midland Credit Management Inc,    8875 Aero Drive  Ste 200,   San Diego, CA 92123-2255
515323382       E-mail/Text: bankruptcy@td.com Jul 10 2018 23:31:09     TD Bank NA,   PO Box 219,
                 Operations Center,   Lewiston, ME 04243-0219
515323383       E-mail/Text: bankruptcydepartment@tsico.com Jul 10 2018 23:31:49     Transworld Systems  Inc,
                 PO Box 15520,   Wilmington, DE 19850-5520
                                                                                              TOTAL: 27

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515326807       _____,   Please add the above creditors
                                                                                      TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-1           User: admin                  Page 3 of 3                  Date Rcvd: Jul 10, 2018
                               Form ID: 137                 Total Noticed: 70
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2018 at the address(es) listed below:

```
              Denise E. Carlon     on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric   Clayman     on behalf of Debtor Frank J. Pedrick, III jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Eric   Clayman     on behalf of Joint Debtor Melissa M. Pedrick jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Jeffrey E. Jenkins    on behalf of Debtor Frank J. Pedrick, III jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Jeffrey E. Jenkins    on behalf of Joint Debtor Melissa M. Pedrick jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Joshua I. Goldman     on behalf of Creditor    MIDFIRST BANK jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Stephanie F. Ritigstein    on behalf of Debtor Frank J. Pedrick, III jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Stephanie F. Ritigstein    on behalf of Joint Debtor Melissa M. Pedrick
               jenkins.clayman@verizon.net,  connor@jenkinsclayman.com
                                                                                             TOTAL: 11
```